IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CRAIG B. SHAFFER

Criminal Action No.  90-cr-00315-CBS

UNITED STATES OF AMERICA,

 Plaintiff,
v.

SERGIO LUJAN-DELGADO,

 Defendant.

---

## ORDER EXONERATING BOND

 As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

 **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

 **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 1st day of September, 2010.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge